| SONYA DUHE | NO. 22-C-292 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| LOYOLA UNIVERSITY OF NEW ORLEANS, TANIA TETLOW, AND MICHAEL GUISTI | COURT OF APPEAL STATE OF LOUISIANA |

June 23, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Robert A. Chaisson,
Stephen J. Windhorst, and Cornelius E. Regan, Pro Tempore

**REHEARING DENIED.**

**RAC**
**SJW**
**CER**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **06/23/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-C-292**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Julie D. Livaudais (Relator)
Douglas L. Grundmeyer (Relator)
Jeremiah A. Sprague (Respondent)

### MAILED

Charles D. Marshall, III (Relator)
Attorney at Law
1100 Poydras Street
Energy Centre, Suite 2300
New Orleans, LA 70163-2300

Gary J. Giepert (Respondent)
Attorney at Law
4603 South Carrollton Avenue
New Orleans, LA 70119

Timothy J. Falcon (Respondent)
Jarrett S. Falcon (Respondent)
Attorneys at Law
5044 Lapalco Boulevard
Marrero, LA 70072